IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

*Plaintiff,*

v.

Nos. 4581-79, 4582-79,
4583-79
Judge Hewitt

THE UNITED STATES,

*Defendant,*

THE ARAPAHO INDIAN TRIBE OF THE
WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

Nos. 4591-79, 4592-79,
4593-79
Judge Hewitt

THE UNITED STATES,

*Defendant.*

**STATEMENT OF CONSENT TO SUBSITUTION OF COUNSEL FOR THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION**

I, Susan M. Williams, am currently counsel of record for the Shoshone Indian Tribe of the Wind River Reservation, Wyoming in the above-captioned action, and serve as general counsel to the Tribe.

The Tribe has retained the law firm of Sonosky, Chambers, Sachse, Enderson &

I consent to the substitution of Mr. Sachse as counsel of record in this case.

Respectfully submitted this 24th day of August, 2005.

Susan M. Williams

Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87048-1483
Phone (505) 899-7994
Fax (505) 899-7972
swilliams@williamsandworks.net